In the Matter of the Claim of MARY J. HAZELL, Respondent, against SYRACUSE MEMORIAL HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MABEL RUDE, Respondent, against CITY OF FULTON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of NELLIE LEE, Respondent, against BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARGARET KLEIN, Respondent, against BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the findings that the deceased " accidentally slipped and fell * * * causing him to sustain wounds about his head and face which in turn caused his death on the same day." Van Kirk, P. J., Hinman and Whitmyer, JJ., concur; Davis and Hill, JJ., dissent and vote for affirmance.

PERCY A. ROCKEFELLER and Another, as Executors, etc., of WILLIAM G. ROCKEFELLER, Deceased, and WILLIAM A. ROCKEFELLER, as Administrator with the Will Annexed of the Estate of WILLIAM G. ROCKEFELLER, Deceased, Respondents, v. JOHN P. KELLAS and Others, Appellants.— Order of December 28, 1928, affirmed. Motion for further stay of sale, directed to be made pursuant to the order dated January 7, 1929, denied. The 2d paragraph of said order is modified so as to provide that the referee sell the said stock for cash at public auction to the highest bidder for a sum not less than $400,000 (the amount the respondents stated they would bid on the property at the said sale); said sale to be made subject to the terms and conditions stated in said order, and subject to the ratification, confirmation or rejection by the court as therein provided; and as so modified the order is affirmed. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

ELIZABETH H. THOMPSON and Another, Appellants, v. ARTHUR W. PECKHAM, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of LEON G. CRARY, an Attorney.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of CHARLES C. ANNABEL, an Attorney.— Motions denied. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

BLAKE WASHINGTON and Another, Respondents, v. BARNET RUBIN and Another, Appellants.— Motion to dismiss appeal granted. Cross-motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.